IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIAM E. FISHER, JR.,

      Appellant,

v.

JOHN W. ALLEN and
ROXIE ALLEN,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-3595

Opinion filed July 23, 2014.

An appeal from the Circuit Court for Bay County.
Hentz McClellan, Judge.

Steven E. Sellers of Sellers Law Firm, P.L., Tallahassee, for Appellant.

Patrick J. Faucheux, Panama City, for Appellees.

PER CURIAM.

     AFFIRMED.

WOLF, BENTON, and PADOVANO, JJ., CONCUR.